

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jump San Diego, LLC<br><br>Plaintiff,<br>V.<br><br>Janay Kruger, as an individual; Kruger Development Company<br><br>Defendant. | Civil Action No. 14-cv-1533-CAB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Kruger's motion for summary judgment is Granted. The Clerk of Court shall enter Judgment in favor of Defendants and against Plaintiff and Close this case. It is So Ordered.

Date:  12/7/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
                J. Gutierrez, Deputy